**Albert W. KRAUSE v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia**

No. 13084.

United States Court of Appeals,
Fifth Circuit.

April 20, 1950.

**Writ** of Certiorari Denied June 5, 1950.
See 70 S.Ct. 1010.

Albert W. Krause, in pro. per.

J. Ellis Mundy, U. S. Atty., Atlanta Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower court is affirmed.